IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 APR 15 PM 4:5_

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

BONITA GREEN, individually, and in her
representative capacity as Administratrix
of the Estate of DALE GREEN,

    Plaintiff,

VS.

Civil Action No. 03-2602 Ma

UNITED STATES OF AMERICA,

    Defendant.

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon the joint request of the Plaintiff and defendant, United States of America, for a dismissal of the Complaint with prejudice as to all claims against the United States, in that a settlement has been reached and all issues have been resolved by agreement. It is, therefore, by the Court **ORDERED** that the request for dismissal with prejudice is hereby granted and that all claims against the United States in this action are hereby dismissed with prejudice, the parties hereto bearing their own costs and fees.

    **ENTERED** this the _15th_ day of _April_, 2005.

                                           SAMUEL H. MAYS, JR.
                                           UNITED STATES DISTRICT JUDGE

APPROVED:

JEFFREY S. ROSENBLUM
Attorney for Plaintiff

SIDNEY P. ALEXANDER
Assistant United States Attorney
Attorney for the Defendant
United States of America

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _4-18-05_

23

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:03-CV-02602 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

Sidney P. Alexander
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Kathryn W. Olita
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT