UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FIL... *(stamp)*

05 APR 21 AM 9 3.

ROBERT R. Di ... ICLIO
CLERK, U.S. DI... CT.
W.D. OF TN, MEMPHIS

BONITA GREEN, individually and in
her representative capacity as
Administratrix of the Estate of
DALE GREEN,

     Plaintiff,

v.

                                        Cv. No. 03-2602-Ma

UNITED STATES OF AMERICA,

     Defendant.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Consent Order of Dismissal with Prejudice, docketed April 18, 2005. Each party shall bear its own costs and fees.

**APPROVED:** *(signature)*

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

April 20, 2005

DATE

ROBERT R. DI TROLIO

CLERK

*(signature)*

(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-22-05

(24)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:03-CV-02602 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Kathryn W. Olita
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Sidney P. Alexander
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT